UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA AMELIA MEJIA PORTILLO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> POLLY KAISER, et. al., ) <br> ) <br> Defendants. ) <br> ) | Case Number: 3:25-cv-05982-WHO <br><br> ORDER APPOINTING COUNSEL |

Because the Plaintiff is in need of counsel to assist her in this matter, and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, the attorneys listed below are hereby appointed as counsel for Plaintiff in this matter:

Joshua Alan Cohen (SBN 217853)
Debevoise & Plimpton LLP
650 California St Fl 31, San Francisco, CA 94108-2612
Phone: 415-738-5700
Email: jacohen@debevoise.com

Himaja Ketan Bhatt (SBN 360325)
Debevoise & Plimpton LLP
650 California St Fl 31, San Francisco, CA 94108-2612
Phone: 415-738-5700
Email: hkbhatt@debevoise.com

Diana S. Lee (SBN 354971)
Debevoise & Plimpton LLP
650 California St Fl 31, San Francisco, CA 94108-2612
Phone: 415-738-5700
Email: dlee@debevoise.com

The scope of this referral shall be for:

☒ all purposes for the duration of the case

☐ the limited purpose of representing the litigant in the course of

    ☐ mediation

    ☐ early neutral evaluation

    ☐ settlement conference

    ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

    ☐ discovery as follows:
    _____

    ☐ other:
    _____

Counsel shall be familiar with General Order No. 25 posted on the Court's website.

IT IS SO ORDERED.

Dated: October 6, 2025

    _____
    WILLIAM H. ORRICK
    United States District Judge